# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARC LAFRANCE,

    Plaintiff,

                                                                               Case No. 08-13411

v.                                                                             Hon. Lawrence P. Zatkoff

GRAND RIVER NAVIGATION CO., INC.,

    Defendant.

_____/

## ORDER

The parties were to submit jointly agreed-upon jury instructions to the Court at the final pre-trial conference. The submitted instructions contain very few jointly agreed-upon instructions, which are followed by each party's proposed instructions. The Court finds this submission unacceptable. IT IS HEREBY ORDERED that the parties submit a single document of <u>jointly agreed-upon</u> jury instructions to the Court by 5 p.m. on Monday, June 14, 2010. To the extent that the parties are unable to agree on certain instructions, each party shall state their objection, including pinpoint citations to case law, to each individual disputed instruction, along with that party's proposed alternative instruction.

                                                                         s/Lawrence P. Zatkoff
                                                                         LAWRENCE P. ZATKOFF
                                                                         UNITED STATES DISTRICT JUDGE

Dated: June 8, 2010

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 8, 2010.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290